AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

07-547

District of Delaware

Mr. Jan F. Becker, #A399-713
US, Political Prisoner,
    Plaintiff

V.

Hudson, G.W. Bush, PAUL O. Clement, A Gonzales, J. Ashcroft, And United Way of Delaware, et al.

    Defendant

**MOTION AND APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

**FOR IN FORMA PAUPERIS**

CASE NUMBER:

I, __Mr. Jan F. Becker, pro se__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes   ☐ No   (If "No," go to Part 2)
   If "Yes," state the place of your incarceration __Mansfield Correctional Institution Secret United Way Death Gulag #3__

   Are you employed at the institution? __yess__ Do you receive any payment from the institution? __$17.00__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. __-N/A-__

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends    ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments    ☐ Yes    ☒ No
   e. Gifts or inheritances    ☐ Yes    ☒ No
   f. Any other sources    ☒ Yes    ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.
   **See: Attached certified accounting statement.**

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ■ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ■ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.   **$4.25 per month.**

   Veronica Becker (elderly invalid mother)
   J   Be      Jr.   (estranged eldest son)
   B    ; B          (estranged daughter)
   J    B           (estranged youngest son)
   A    Be          (not sure yet) Falsified paternity test?
                              By United Way.

I declare under penalty of perjury that the above information is true and correct.

Tues, Sept. 4th 2007
_____                    _____
       Date                                  Signature of Applicant

Mr. Jan F. Becker, Political Prisoner #A399-713
of the United Way Conspiracy to Invade Iraq
Nancy Pelosi Honest Leadership and Open Government
Democratic National Hillary Clinton Cover-up.

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.   Mansfield Correctional Institution
Secret United Way Death Gulag #3
P.O. Box 788, Bldg. 2A, Suite ▓▓▓ 211
Mansfield, Ohio 44901

# Ohio Department of Rehabilitation and Correction

SECTION I – To be completed by cashier prior to this form being presented
To the inmate for completion of SECTION II – Affidavit of Indigency.

I, Cris Nash, cashier at the Mansfield Correctional Inst.
Certify that the following is a true and accurate reflection of the status of the account maintained at this institution for the benefit of:

| Inmate Name: | Inmate Number: |
|---|---|
| Mr. Jan F. Becker | #A399-713 |

*The Prison Litigation Reform Act (PLRA) requires that the time period to be considered is the preceeding six months. It also requires that, "...if financial activity is less than six months due to less than six months of incarceration, then note this fact on the statement. If lack of history is due to recent transfer, then obtain missing month-end reports from sending cashier to complete the six month period. The sending cashier must similarly certify the monthend reports."*

The time period being reported below is: ■ Six months  ☐ Fewer than six months, beginning _____

The time period is fewer than six months, because: ☐ Period of Incarceration ☐ Transfer

Account Balance as of 6/25/07 : $ 30.75
Total state pay credited for the report period; $ 20.71
Average Monthly state pay for the report period; $ 3.45
Total funds received from all sources, excluding state pay, for the report period; $ 450.00
Total amount spent in inmate's commissary during the same period; $ 401.64

Signature of Cashier: Cris Nash    Date: 6/25/07

## AFFIDAVIT OF INDIGENCY

SECTION II – To be completed by inmate after cashier's statement is completed.

I, Mr. Jan F. Becker, being first duly sworn says that he does not have sufficient funds to pay the filing fee and other costs of processing this action and submit the cashier's statement (Section I) in support of said allegation of indigency.

I hereby represent that the Information set forth in the cashier's statement concerning my financial condition is true and complete to the best of my knowledge and belief, and will not sue the undersigned MANCI Officer.

Signature of Inmate: [signature]    Inmate Number: #A399-713

Sworn to and subscribed to me in my presence this 15th day of July, 2007.

Notary Public: [signature] Babajide

JOHN O. BABAJIDE
NOTARY PUBLIC,
STATE OF OHIO
My Commission Expires
May 31, 2011

06/25/2007                        **Mansfield Correctional Institution**

                                  **Inmate Demand Statement**

Inmate Name:   BECKER, JAN F                                              Number: A399713

Lock Location: ManCI,2,A,B,,211

                    Date Range: 01/01/2007   Through   06/26/2007

Beginning Account Balances:                                Ending Account Balances:

|  | Saving | Debt | Payable |  | Saving | Debt | Payable |
|---|---|---|---|---|---|---|---|
| Inmate's Person | $73.88 | $0.00 | $0.00 | Inmate's Personal A | $30.75 | $0.00 | $0.00 |
| **Begin Totals** | **$73.88** | **$0.00** | **$0.00** | **End Totals** | **$30.75** | **$0.00** | **$0.00** |

| Transaction Date | Transaction Amount | Description | Comment | Saving Balance | Debt Balance | Payable Balance |
|---|---|---|---|---|---|---|
| 01/01/2007 | $0.00 | $10.00 Reservation to Pos Exemption | Pos Exemption | $73.88 | $0.00 | $0.00 |
| 01/03/2007 | ($31.97) | Commissary Sale | Ticket Number 25107 | $41.91 | $0.00 | $0.00 |
| 01/05/2007 | ($0.96) | Postage Charges (USPS) | postage | $40.95 | $0.00 | $0.00 |
| 01/05/2007 | ($0.96) | Postage Charges (USPS) | postage | $39.99 | $0.00 | $0.00 |
| 01/05/2007 | ($0.96) | Postage Charges (USPS) | postage | $39.03 | $0.00 | $0.00 |
| 01/05/2007 | $17.00 | State Pay ✓ | State Pay | $56.03 | $0.00 | $0.00 |
| 01/08/2007 | ($10.00) | Copy Charges | xerox | $46.03 | $0.00 | $0.00 |
| 01/08/2007 | ($10.00) | Copy Charges | xerox | $36.03 | $0.00 | $0.00 |
| 01/08/2007 | ($1.20) | Postage Charges (USPS) |  | $34.83 | $0.00 | $0.00 |
| 01/08/2007 | ($0.96) | Postage Charges (USPS) |  | $33.87 | $0.00 | $0.00 |
| 01/10/2007 | ($0.24) | Postage Charges (USPS) |  | $33.63 | $0.00 | $0.00 |
| 01/12/2007 | ($0.96) | Postage Charges (USPS) |  | $32.67 | $0.00 | $0.00 |
| 01/13/2007 | ($4.25) | Payment to CHILD SUPPORT | Child SupportJanuary | $28.42 | $0.00 | $0.00 |
| 01/16/2007 | ($18.25) | Commissary Sale | Ticket Number 27136 | $10.17 | $0.00 | $0.00 |
| 01/23/2007 | $100.00 | Money Order | Money Order | $110.17 | $0.00 | $0.00 |
| 01/23/2007 | ($10.15) | Commissary Sale | Ticket Number 28170 | $100.02 | $0.00 | $0.00 |
| 01/24/2007 | ($0.96) | Postage Charges (USPS) |  | $99.06 | $0.00 | $0.00 |
| 01/24/2007 | ($10.00) | Copy Charges | Xerox | $89.06 | $0.00 | $0.00 |
| 01/24/2007 | ($10.00) | Copy Charges | Xerox | $79.06 | $0.00 | $0.00 |
| 01/26/2007 | ($0.96) | Postage Charges (USPS) |  | $78.10 | $0.00 | $0.00 |
| 01/30/2007 | ($36.34) | Commissary Sale | Ticket Number 29284 | $41.76 | $0.00 | $0.00 |
| 01/31/2007 | ($1.20) | Postage Charges (USPS) |  | $40.56 | $0.00 | $0.00 |
| 02/01/2007 | $0.00 | $10.00 Reservation to Pos Exemption | Pos Exemption | $40.56 | $0.00 | $0.00 |
| 02/02/2007 | ($0.96) | Postage Charges (USPS) |  | $39.60 | $0.00 | $0.00 |
| 02/05/2007 | ($0.48) | Postage Charges (USPS) | Postage | $39.12 | $0.00 | $0.00 |

| Date | Amount/Description | Description | Balance | | |
|---|---|---|---|---|---|
| 02/06/2007 | ($18.59) Commissary Sale | Ticket Number 30242 | $20.53 | $0.00 | $0.00 |
| 02/09/2007 | $17.00 State Pay | State Pay | $37.53 | $0.00 | $0.00 |
| 02/09/2007 | ($1.35) Postage Charges (USPS) | | $36.18 | $0.00 | $0.00 |
| 02/09/2007 | ($1.59) Postage Charges (USPS) | | $34.59 | $0.00 | $0.00 |
| 02/09/2007 | ($1.35) Postage Charges (USPS) | | $33.24 | $0.00 | $0.00 |
| 02/13/2007 | ($4.25) Payment to CHILD SUPPORT | Child Support February | $28.99 | $0.00 | $0.00 |
| 02/21/2007 | ($16.16) Commissary Sale | Ticket Number 32315 | $12.83 | $0.00 | $0.00 |
| 02/26/2007 | $100.00 Money Order | Money Order | $112.83 | $0.00 | $0.00 |
| 02/27/2007 | ($10.00) Copy Charges | xerox | $102.83 | $0.00 | $0.00 |
| 02/27/2007 | ($10.00) Copy Charges | xerox | $92.83 | $0.00 | $0.00 |
| 02/27/2007 | ($10.00) Copy Charges | xerox | $82.83 | $0.00 | $0.00 |
| 03/01/2007 | $0.00 $10.00 Reservation to Pos Exemption | Pos Exemption | $82.83 | $0.00 | $0.00 |
| 03/01/2007 | ($39.13) Commissary Sale | Ticket Number 33360 | $43.70 | $0.00 | $0.00 |
| 03/02/2007 | ($0.48) Postage Charges (USPS) | | $43.22 | $0.00 | $0.00 |
| 03/06/2007 | ($15.40) Commissary Sale | Ticket Number 34510 | $27.82 | $0.00 | $0.00 |
| 03/09/2007 | $17.00 State Pay | State Pay | $44.82 | $0.00 | $0.00 |
| 03/14/2007 | ($0.24) Postage Charges (USPS) | | $44.58 | $0.00 | $0.00 |
| 03/14/2007 | ($4.25) Payment to CHILD SUPPORT | Child Support March | $40.33 | $0.00 | $0.00 |
| 03/14/2007 | $4.25 Reversed Payment to CHILD SUPPORT | Reversed Task No. 3345235 | $44.58 | $0.00 | $0.00 |
| 03/15/2007 | ($4.25) Payment to CHILD SUPPORT | Child Support March | $40.33 | $0.00 | $0.00 |
| 03/15/2007 | ($0.24) Postage Charges (USPS) | | $40.09 | $0.00 | $0.00 |
| 03/15/2007 | ($0.24) Postage Charges (USPS) | | $39.85 | $0.00 | $0.00 |
| 03/16/2007 | $8.50 Direct - Advance Pay | March Adv. Time @ Manci | $48.35 | $0.00 | $0.00 |
| 03/28/2007 | ($30.34) Commissary Sale | Ticket Number 39133 | $18.01 | $0.00 | $0.00 |
| 03/31/2007 | $0.00 $10.00 Reservation to Pos Exemption | Pos Exemption | $18.01 | $0.00 | $0.00 |
| 04/04/2007 | ($8.57) Commissary Sale | Ticket Number 39808 | $9.44 | $0.00 | $0.00 |
| 04/10/2007 | $100.00 Money Order | money orders 4/9/07 | $109.44 | $0.00 | $0.00 |
| 04/11/2007 | ($10.94) Commissary Sale | Ticket Number 40480 | $98.50 | $0.00 | $0.00 |
| 04/11/2007 | ($1.73) Commissary Sale | Ticket Number 40481 | $96.77 | $0.00 | $0.00 |
| 04/18/2007 | ($31.64) Commissary Sale | Ticket Number 41225 | $65.13 | $0.00 | $0.00 |
| 04/23/2007 | ($1.35) Postage Charges (USPS) | postage 4/19/07 | $63.78 | $0.00 | $0.00 |
| 04/23/2007 | ($1.35) Postage Charges (USPS) | postage 4/19/07 | $62.43 | $0.00 | $0.00 |
| 04/25/2007 | ($29.09) Commissary Sale | Ticket Number 41920 | $33.34 | $0.00 | $0.00 |
| 05/01/2007 | $0.00 $10.00 Reservation to Pos Exemption | Pos Exemption | $33.34 | $0.00 | $0.00 |
| 05/02/2007 | ($25.14) Commissary Sale | Ticket Number 42545 | $8.20 | $0.00 | $0.00 |
| 05/04/2007 | $8.75 State Pay | State Pay | $16.95 | $0.00 | $0.00 |

Page: 2/4    A399713    BECKER, JAN F    ManCI    06/25/2007

| Date | Amount/Description | Reference | Balance | | |
|---|---|---|---|---|---|
| 05/07/2007 | ($5.00) Withdrawal to CLERK OF COURT | FFF, 3:07CV218(RNC) | $11.95 | $0.00 | $0.00 |
| 05/09/2007 | ($1.75) Commissary Sale | Ticket Number 43324 | $7.20 | $0.00 | $0.00 |
| 05/16/2007 | ($2.65) Commissary Sale | Ticket Number 44068 | $4.55 | $0.00 | $0.00 |
| 05/23/2007 | ($1.96) Commissary Sale | Ticket Number 44858 | $2.59 | $0.00 | $0.00 |
| 05/23/2007 | $100.00 Money Order | money order 5/17/07 #3 | $102.59 | $0.00 | $0.00 |
| 05/23/2007 | ($15.00) Bus Ticket at Release | CASH SLIP DATED 5/23/2007 | $87.59 | $0.00 | $0.00 |
| 05/23/2007 | $15.00 Reversed Bus Ticket at Release | Reversed Task No. 4272130 | $102.59 | $0.00 | $0.00 |
| 05/23/2007 | ($15.00) Copy Charges | CASH SLIP DATED 5/23/2007 | $87.59 | $0.00 | $0.00 |
| 05/23/2007 | $2.25 State Pay | ADVANCE PAY FOR TRANSFER TO SOCF | $89.84 | $0.00 | $0.00 |
| 05/23/2007 | ($2.25) Reversed State Pay | Reversed Task No. 4272173 | $87.59 | $0.00 | $0.00 |
| 05/24/2007 | $12.75 State Pay | ADVANCE PAY FOR TRANSFER TO MANCI | $100.34 | $0.00 | $0.00 |
| 05/29/2007 | ($1.07) Postage Charges (USPS) | | $99.27 | $0.00 | $0.00 |
| 05/29/2007 | ($1.09) Postage Charges (USPS) | | $98.18 | $0.00 | $0.00 |
| 05/29/2007 | ($1.07) Postage Charges (USPS) | | $97.11 | $0.00 | $0.00 |
| 05/29/2007 | ($1.09) Postage Charges (USPS) | | $96.02 | $0.00 | $0.00 |
| 05/29/2007 | ($1.07) Postage Charges (USPS) | | $94.95 | $0.00 | $0.00 |
| 05/29/2007 | ($0.34) Postage Charges (USPS) | | $94.61 | $0.00 | $0.00 |
| 05/29/2007 | ($1.07) Postage Charges (USPS) | | $93.54 | $0.00 | $0.00 |
| 05/29/2007 | ($1.07) Postage Charges (USPS) | | $92.47 | $0.00 | $0.00 |
| 05/29/2007 | ($1.07) Postage Charges (USPS) | | $91.40 | $0.00 | $0.00 |
| 05/29/2007 | ($1.24) Postage Charges (USPS) | | $90.16 | $0.00 | $0.00 |
| 05/29/2007 | ($1.07) Postage Charges (USPS) | | $89.09 | $0.00 | $0.00 |
| 05/29/2007 | ($1.07) Postage Charges (USPS) | | $88.02 | $0.00 | $0.00 |
| 05/30/2007 | ($1.07) Postage Charges (USPS) | | $86.95 | $0.00 | $0.00 |
| 05/30/2007 | ($1.65) Postage Charges (USPS) | CASH SLIP DATED 5/21/2007 | $85.30 | $0.00 | $0.00 |
| 05/31/2007 | ($34.00) Commissary Sale | Ticket Number 47846 | $51.30 | $0.00 | $0.00 |
| 06/01/2007 | $0.00 $10.00 Reservation to Pos Exemption | Pos Exemption | $51.30 | $0.00 | $0.00 |
| 06/07/2007 | ($10.00) Copy Charges | | $41.30 | $0.00 | $0.00 |
| 06/07/2007 | ($10.00) Copy Charges | | $31.30 | $0.00 | $0.00 |
| 06/07/2007 | ($5.40) Commissary Sale | Ticket Number 48735 | $25.90 | $0.00 | $0.00 |
| 06/08/2007 | ($0.02) Postage Charges (USPS) | | $25.88 | $0.00 | $0.00 |
| 06/08/2007 | ($0.02) Postage Charges (USPS) | | $25.86 | $0.00 | $0.00 |
| 06/08/2007 | $0.75 State Pay | State Pay | $26.61 | $0.00 | $0.00 |
| 06/11/2007 | ($1.26) Postage Charges (USPS) | | $25.35 | $0.00 | $0.00 |
| 06/11/2007 | ($1.09) Postage Charges (USPS) | | $24.26 | $0.00 | $0.00 |

Page: 3/4   A399713   BECKER, JAN F   ManCI   06/25/2007

| Date | Description | Detail | Balance | | |
|---|---|---|---|---|---|
| 06/11/2007 | ($1.09) Postage Charges (USPS) | | $23.17 | $0.00 | $0.00 |
| 06/11/2007 | ($1.07) Postage Charges (USPS) | | $22.10 | $0.00 | $0.00 |
| 06/11/2007 | ($0.90) Postage Charges (USPS) | | $21.20 | $0.00 | $0.00 |
| 06/13/2007 | ($5.57) Payment to CHILD SUPPORT | Child Support June | $15.63 | $0.00 | $0.00 |
| 06/13/2007 | $50.00 Money Order | Money Order | $65.63 | $0.00 | $0.00 |
| 06/15/2007 | ($0.41) Postage Charges (USPS) | | $65.22 | $0.00 | $0.00 |
| 06/18/2007 | ($1.07) Postage Charges (USPS) | | $64.15 | $0.00 | $0.00 |
| 06/18/2007 | ($1.09) Postage Charges (USPS) | | $63.06 | $0.00 | $0.00 |
| 06/18/2007 | ($1.07) Postage Charges (USPS) | | $61.99 | $0.00 | $0.00 |
| 06/18/2007 | ($0.90) Postage Charges (USPS) | | $61.09 | $0.00 | $0.00 |
| 06/18/2007 | ($0.90) Postage Charges (USPS) | | $60.19 | $0.00 | $0.00 |
| 06/21/2007 | ($29.44) Commissary Sale | Ticket Number 51028 | $30.75 | $0.00 | $0.00 |

Outstanding Debts:

| Start Date | Description | Case | Agency | County | Total Debt | Paid to Date | Balance Owed |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| | Total Outstanding Case Balances | $0.00 |
|---|---|---|

Outstanding Holds:

| Start Date | Description | Case | Agency | County | Total Debt | Paid to Date | Balance Owed |
|---|---|---|---|---|---|---|---|
| 07/18/2006 | Child and Spousal Support | 7002056013 | CHILD SUPPORT | Holmes | | $43.82 | |

| | Total Outstanding Case Holds | $0.00 |
|---|---|---|

Outstanding Investments / EPC:

| Investment Type | Investment Type Description | Invest Company | Company Description | Balance |
|---|---|---|---|---|
| | | | | |